**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | *JM Dairy Inc* |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | *76-0725123* |

4. Debtor's address

**Principal place of business**

*SR #653 Km 3.3*
*Barrio Hato Abajo*
*Arecibo, PR 00612*
Number, Street, City, State & ZIP Code

*Arecibo*
County

**Mailing address, if different from principal place of business**

*HC 5 Box 91635*
*Arecibo, PR 00612*
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JM Dairy Inc**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

■  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      _____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7

☐  Chapter 9

■  Chapter 11. *Check all that apply*:

  ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  A plan is being filed with this petition.

  ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☐  No.

    ■  Yes.

If more than 2 cases, attach a separate list.

| | District | *PR* | When | *6/21/11* | Case number | *2011-05239* |
| | District | | When | | Case number | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■  No

    ☐  Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
| | District | | When | | Case number, if known | |

Debtor    **JM Dairy Inc**                                        Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **JM Dairy Inc**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2019**
MM / DD / YYYY

**X** **/s/ Juan M Barreto Ginorio**
Signature of authorized representative of debtor

**Juan M Barreto Ginorio**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Lyssette A Morales Vidal**
Signature of attorney for debtor

Date   **April 18, 2019**
MM / DD / YYYY

**Lyssette A Morales Vidal 120011**
Printed name

**L.A. MORALES & ASSOCIATES P.S.C.**
Firm name

**URB VILLA BLANCA**
**76 AQUAMARINA**
**Caguas, PR 00725-1908**
Number, Street, City, State & ZIP Code

Contact phone   **787-746-2434**     Email address   **lamoraleslawoffice@gmail.com**

**120011 PR**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **JM Dairy Inc**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2019**            X **/s/ Juan M Barreto Ginorio**
                                             Signature of individual signing on behalf of debtor

                                             **Juan M Barreto Ginorio**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *JM Dairy Inc* |
| United States Bankruptcy Court for the: | *DISTRICT OF PUERTO RICO* |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *ADM Alliance Nutrition of PR PO Box 959 Hatillo, PR 00659-0908* | | | | | | *$105,347.00* |
| *Dawilmar Franco Lab  Rodriguez #71 Calle P  H Hernandez Hatillo, PR 00659* | | *Monies Loaned for Operation dairy farm* | | | | *$13,700.00* |
| *ELA DEPT OF TREASURY BK Div Ofic 424 B PO BOX 9024140 San Juan, PR 00902-4140* | | *Returned check* | | | | *$153.94* |
| *ELA DEPT OF TREASURY Bankruptcy Div #424 B PO BOX 9024140 San Juan, PR 00902-4140* | | *Noticing Purposes* | | | | *Unknown* |
| *ELA Land Authority PO Box 9745 San Juan, PR 00908* | | *Back Rent Agreement for satisfaction of default & ongoing rental to be ASSUMED* | | | | *$12,385.46* |
| *IRS AEELA Bldg 35 Ave Hiram D Cabassa Ste 24 Mayaguez, PR 00680-2505* | | *943 & 940 taxes owed* | | | | *$63,484.91* |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **JM Dairy Inc**
_____       Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **Trust Fund Penalty 943** | | | | **$636.48** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *JM Dairy Inc*

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................   $    **255,918.30**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................   $    **255,918.30**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $    **71,282.69**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $    **64,121.39**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............   +$    **131,586.40**

4.  **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b     $    **266,990.48**

**Fill in this information to identify the case:**

Debtor name   *JM Dairy Inc*

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number *(if known)*

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *First Bank* | *Business Plus Acct* | *6213* | *$78.30* |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         *$78.30*

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **JM Dairy Inc** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** *14,045 liters total Milk Quota @ $12 = $168,540 less 3,000 liters assigned pre-petition to USDA = $36,000 =$132,540* | | *$0.00* | *Recent cost* | *$132,540.00* |

| 21. | **Finished goods, including goods held for resale** |
|---|---|
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | | **$132,540.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.    Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops-either planted or harvested** | | | |
| **29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | *JM Dairy Inc* | | Case number *(If known)* _____ |
| | Name | | |

*70 head of cattle [$70,600] of which 55 x*
*$1,200 secure USDA FS pre petition lien*
*[$66,000] = $4,600*
*40 Milking cows @$1,200 $48,000*
*10 Heifers [toreras crianza] @ $1,000 = $10,000*
*8 Resting Cows @ $1,200 $9,600*
*8 Heifers in cages @ $200 ea $1,600*
*2 Bulls @ $500 ea $1,000*
*2 Toretes @ 200 ea $400*

| | | $0.00 | Recent cost | $4,600.00 |

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | *Massey Ferguson 4355 Tractor $5,000* | | | |
| | *Fumigation Pump $300* | | | |
| | *Cleaning Pump 7 HP $300* | | | |
| | *Water Pump for cleaning of stalls $500* | | | |
| | *Deep Well Pump $1,000* | | | |
| | *12 Milking machines w/ automatic extractorss* | | | |
| | *$3,500* | | | |
| | *2 Milk Tanks 2,000 & 2,500 liters $1,500* | | | |
| | *2 Pumps $1,000* | | | |
| | *Milk Pump w/ reciever $600* | | | |
| | *Power Generator 45 KW $2,000* | | | |
| | *Spray Hose 500' w/ carrier cart w/ Sprayer* | | | |
| | *$1,000* | $0.00 | Replacement | $16,700.00 |

| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |

| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | *3,000 liters Milk Quota @ $12 = $36,000 & 55* | | | |
| | *cows @ $1,200 = $66,000 pre-petition* | | | |
| | *assignment to USDA* | $0.00 | Recent cost | $102,000.00 |

| | *Oril License #3237 to produce milk* | | | |
| | *Certification Bona Fide Agriculture #C 15 2* | | | |
| | *12980* | | | |
| | *Health Dept Lic Dairy Farm #N 113* | $0.00 | | $0.00 |

| 33. | **Total of Part 6.** | | | $123,300.00 |
| | Add lines 28 through 32.  Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   *JM Dairy Inc*                                    Case number *(If known)* _____
         Name

■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor   **JM Dairy Inc**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$78.30* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$0.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$0.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$132,540.00* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$123,300.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$0.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$0.00* | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$255,918.30* + 91b. | *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$255,918.30* |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **JM Dairy Inc**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1    Farm Service Agency**
Creditor's Name

**Mail Stop 8568
PO Box 419205
Kansas City, MO 64141**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**06/2010**

**Last 4 digits of account number**
**5123**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3,000 liters Milk Quota @ $12 = $36,000 & 55 cows @ $1,200 = $66,000 pre-petition assignment to USDA**

**Describe the lien**
**UCC pre petition secuirty**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$71,282.69**   Column B: **$102,000.00**

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$71,282.69**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __*JM Dairy Inc*__

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
*ELA DEPT OF TREASURY*
*Bankruptcy Div #424 B*
*PO BOX 9024140*
*San Juan, PR 00902-4140*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: *Unknown*   Priority amount: *Unknown*

Date or dates debt was incurred _____

Basis for the claim:
*Noticing Purposes*

Last 4 digits of account number *5123*

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
*IRS*
*PO BOX 7346*
*Philadelphia, PA 19101-7346*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: *$636.48*   Priority amount: *$636.48*

Date or dates debt was incurred
*12/2018*

Basis for the claim:
*Trust Fund Penalty 943*

Last 4 digits of account number *5123*

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          48176          Best Case Bankruptcy

| Debtor | **JM Dairy Inc** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,484.91 | $0.00 |
|---|---|---|---|---|

**IRS**
**AEELA Bldg**
**35 Ave Hiram D Cabassa Ste 24**
**Mayaguez, PR 00680-2505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/2005 to 12/2017** | **943 & 940 taxes owed** |

Last 4 digits of account number **5123**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,347.00 |
|---|---|---|---|

**ADM Alliance Nutrition of PR**
**PO Box 959**
**Hatillo, PR 00659-0908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: _

Last 4 digits of account number **3237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Condado 5 LLC**
**PO Box 190058**
**San Juan, PR 00919**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guarantor Las Martas Inc.**
**Pre-petition UCC may be expired**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,700.00 |
|---|---|---|---|

**Dawilmar Franco**
**Lab  Rodriguez**
**#71 Calle P  H  Hernandez**
**Hatillo, PR 00659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2014**

Basis for the claim: **Monies Loaned for Operation dairy farm**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.94 |
|---|---|---|---|

**ELA DEPT OF TREASURY**
**BK Div Ofic 424 B**
**PO BOX 9024140**
**San Juan, PR 00902-4140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/2017**

Basis for the claim: **Returned check**

Last 4 digits of account number **5123**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,385.46 |
|---|---|---|---|

**ELA Land Authority**
**PO Box 9745**
**San Juan, PR 00908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Back Rent Agreement for satisfaction of default &**
**ongoing rental to be ASSUMED**

Last 4 digits of account number **942**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | *JM Dairy Inc* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *ADM Alliance Nutrition of PR*<br>*PO Box 959*<br>*Hatillo, PR 00659-0908* | Line _**3.1**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | *Condado 5 LLC*<br>*880 Blvd Tito Castro*<br>*One Plaza Ste 102*<br>*Ponce, PR 00716* | Line _**3.2**_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 64,121.39 |
| 5b. Total claims from Part 2 | 5b. | + $ | 131,586.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 195,707.79 |

**Fill in this information to identify the case:**

Debtor name _JM Dairy Inc_

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | *ASSUME 90 cuerdas Grazing land Bo Cambalache, Arecibo. Assume repayment plan directly with Land Authority thru assignment of milk sales with Suiza. Rental of grazing land @ $457.44 monthly Debtor has an ongoing payment plan for default @ approx. $95.36 monthly* |
| State the term remaining | |
| List the contract number of any government contract | *ELA Land Authority PO Box 9745 San Juan, PR 00908* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | *ASSUME For Accounting Services @ $225 monthly thru assignment of milk sales with Suiza* |
| State the term remaining | *On going* |
| List the contract number of any government contract | *Enrique Maisonet EML Accounting Svc 613 Ave Miramar Arecibo, PR 00612-4363* |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | *ASSUME Medical Plan for family as part of benefit of corp. @ $500 monthly thru assignment from milk sales with Suiza.* |
| State the term remaining | |
| List the contract number of any government contract | *FFIL Medical Insurance* |

Debtor 1  **JM Dairy Inc**

First Name            Middle Name            Last Name                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | ***ASSUME Rental of 18 cuerdas SR # 653 Km 3.3 Bo Hato Abajo Sector Barranca Arecibo where Dairy farm located $1,150 monthly to ASSUME although lease is verbal from month to month thru assignment from milk sales with Suiza*** | |
|---|---|---|---|
| | State the term remaining | | ***Luis Garcia*** |
| | List the contract number of any government contract | | ***PO Box 1057 Arecibo, PR 00613-1057*** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | ***ASSUME for child support as part of benefit of corp @ $266 monthly thru milk assignment from milk sales with Suiza*** | |
|---|---|---|---|
| | State the term remaining | | ***Maria Hernandez*** |
| | List the contract number of any government contract | | ***PO Box 1079 Hatillo, PR 00659*** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | ***ASSUME for child support as part of benefit of corp @ $300 monthly thru milk assignment from milk sales with Suiza*** | |
|---|---|---|---|
| | State the term remaining | | ***Yolanda Perez*** |
| | List the contract number of any government contract | | ***HC 03 Box 20304 Arecibo, PR 00612*** |

**Fill in this information to identify the case:**

Debtor name __*JM Dairy Inc*__

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 ***Juan M Barreto Ginorio*** | ***HC 5 Box 91635*** <br> ***Arecibo, PR 00612*** | ***Farm Service Agency*** | ■ D ___*2.1*___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 ***Las Martas Inc.*** | ***HC 5 Box 91635*** <br> ***Arecibo, PR 00612*** | ***Condado 5 LLC*** | ☐ D _____ <br> ■ E/F ___*3.2*___ <br> ☐ G _____ |
| 2.3 ***Vaqueria Las Martas Inc.*** | ***PR*** <br> ***Debtor is guarantor to Vaqueria Las Martas to Condado 5*** | ***Condado 5 LLC*** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name       *JM Dairy Inc*

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  *1/01/2019* to *Filing Date* | ☐ Operating a business<br>■ Other  *Suiza Dairy* | *$20,685.87* |
| **For prior year:**<br>From  *1/01/2018* to *12/31/2018* | ☐ Operating a business<br>■ Other  *Suiza Dairy* | *$108,000.00* |
| **For year before that:**<br>From  *1/01/2017* to *12/31/2017* | ☐ Operating a business<br>■ Other  *Suiza Dairy* | *$118,857.00* |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  *1/01/2019* to *Filing Date* | *Incentives* | *$5,525.00* |
| **For prior year:**<br>From  *1/01/2018* to *12/31/2018* | *Incentives* | *$1.00* |
| **For year before that:**<br>From  *1/01/2017* to *12/31/2017* | *Incentives* | *$1.00* |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | _JM Dairy Inc_ | | | Case number *(if known)* | |

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Dawilmar Franco**<br>**Laboratorio Clinco Rodriguez**<br>**#71 Calle P. H. Hernandez** | *4/2019*<br>*3/2019*<br>*2/2019* | *$900.00* | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **ADM Alliance Nutrition of PR**<br>**PO Box 908**<br>**Hatillo, PR 00659-0908** | *4/2019*<br>*3/2019*<br>*2/2019* | *$1,800.00* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **ELA Land Authority**<br>**PO Box 9745**<br>**San Juan, PR 00908** | *4/2019*<br>*3/2019*<br>*2/2019* | *$1,658.40* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other _Rental of grazing land_ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.**  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.**  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

| Debtor | *JM Dairy Inc* | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *Damage in general to farm structures & loss of power until very recently since Hurricanes Irma & Maria* | | *September 2017* | *Unknown* |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   *JM Dairy Inc*                                     Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *L.A. MORALES & ASSOCIATES P.S.C. URB VILLA BLANCA 76 AQUAMARINA Caguas, PR 00725-1908* | *Attorney Fees FF UCC searches* | *3/12/2019* | *$5,000.00* |
| | **Email or website address** *lamoraleslawoffice@gmail.com* | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankrupcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    *JM Dairy Inc*                                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | *JM Dairy Inc* | Case number *(if known)* |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | *Enrique Maisonet*<br>*EML Accounting Svc*<br>*613 Ave Miramar*<br>*Arecibo, PR 00612-4363* | *2003 to present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    *JM Dairy Inc*                                          Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  *Enrique Maysonet*<br>*EML Accounting Svc*<br>*613 Ave Miramar*<br>*Arecibo, PR 00612-4363* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | *Juan M Barreto Ginorio* | *February 28, 2019* | *See Schedules* |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | *JM Dairy Inc.*<br>*HC 5 Box 91635*<br>*Arecibo, PR 00612* |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Juan M  Barreto Ginorio* | *HC 5 Box 91635*<br>*Arecibo, PR 00612* | *President* | *100%* |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **JM Dairy Inc**                                                   Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *April 18, 2019*

*/s/ Juan M Barreto Ginorio*                          **Juan M Barreto Ginorio**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  *JM Dairy Inc*

Debtor(s)

Case No.

Chapter  *12*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | *0.00* |

☑  **RETAINER**

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **5,000** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **275** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
*Motion re Cash Collateral, negotiations with secured creditors to reduce to market value; preparation and filing of pleadings as needed and preparation and appearances to obtain the reorganization of debtor. Attorney fees will be charged off at $275 per hour.*

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
*Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.*

In re   **_JM Dairy Inc_**                                      Case No. _____
                    _Debtor(s)_

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**_April 1, 2019_**                                 _/s/ Lyssette A Morales Vidal_
_Date_                                             **_Lyssette A Morales Vidal 120011_**
                                                    _Signature of Attorney_
                                                    **_L.A. MORALES & ASSOCIATES P.S.C._**
                                                    **_URB VILLA BLANCA_**
                                                    **_76 AQUAMARINA_**
                                                    **_Caguas, PR 00725-1908_**
                                                    **_787-746-2434   Fax: 1-855-298-2515_**
                                                    **_lamoraleslawoffice@gmail.com_**
                                                    _Name of law firm_

## United States Bankruptcy Court
### District of Puerto Rico

In re  __JM Dairy Inc_____   Case No. _____

                                    Debtor(s)         Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  __April 18, 2019_____        Signature  __/s/ Juan M Barreto Ginorio_____
                                                            **Juan M Barreto Ginorio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Puerto Rico

In re   *JM Dairy Inc*
_____   Case No. _____
                                    Debtor(s)   Chapter   *11*_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   *April 18, 2019*
_____

/s/ *Juan M Barreto Ginorio*
_____
*Juan M Barreto Ginorio*/*President*
Signer/Title

JM Dairy Inc - - Pg. 1 of 1

JM  DAIRY  INC
HC 5 BOX 91635
ARECIBO PR 00612

ENRIQUE  MAISONET
EML ACCOUNTING SVC
613  AVE  MIRAMAR
ARECIBO PR 00612-4363

LYSSETTE  A  MORALES  VIDAL
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
76  AQUAMARINA
CAGUAS,  PR  00725-1908

FARM  SERVICE  AGENCY
MAIL STOP 8568
PO BOX 419205
KANSAS CITY MO 64141

ADM  ALLIANCE  NUTRITION  OF  PR
PO BOX 959
HATILLO PR 00659-0908

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

CONDADO  5  LLC
PO BOX 190058
SAN JUAN PR 00919

IRS
AEELA BLDG
35 AVE HIRAM D CABASSA STE 24
MAYAGUEZ PR 00680-2505

CONDADO  5  LLC
880 BLVD TITO CASTRO
ONE PLAZA STE 102
PONCE PR 00716

LUIS  GARCIA
PO BOX 1057
ARECIBO PR 00613-1057

DAWILMAR  FRANCO
LAB  RODRIGUEZ
#71 CALLE P  H  HERNANDEZ
HATILLO PR 00659

ELA  DEPT  OF  TREASURY
BK DIV OFIC 424 B
PO BOX 9024140
SAN JUAN PR 00902-4140

ELA  DEPT  OF  TREASURY
BANKRUPTCY DIV #424 B
PO BOX 9024140
SAN JUAN PR 00902-4140

ELA  LAND  AUTHORITY
PO BOX 9745
SAN JUAN PR 00908

## United States Bankruptcy Court
### District of Puerto Rico

In re   **JM Dairy Inc**

Debtor(s)

Case No.

Chapter   **12**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JM Dairy Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

*April 16, 2019*

Date

*/s/ Lyssette A Morales Vidal*

**Lyssette A Morales Vidal 120011**

Signature of Attorney or Litigant

Counsel for   **JM Dairy Inc**

**L.A. MORALES & ASSOCIATES P.S.C.**
**URB VILLA BLANCA**
**76 AQUAMARINA**
**Caguas, PR 00725-1908**
**787-746-2434 Fax:1-855-298-2515**
**lamoraleslawoffice@gmail.com**