IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>JM DAIRY INC.<br>EIN #76-0725123<br>  Debtor | CASE #19-02168 ESL<br>CHAPTER 11 |

**CERTIFICATE OF SERVICE of MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN filed at doc #40 & REQUEST FOR RULING**

**I hereby certify** that on February 6, 2020 a copy of *D.I.P. §1121(e) Request Extension Time to File Plan with Request for Shortened Notice to Creditors & Parties in Interest for Opportunity to Oppose* filed at doc #40 was sent individually via electronic mail to all parties as certified in the motion, especially to:

JUAN C FORTUNO FAS for USDA FARM SERVICE AGENCY bkfilings@fortunolaw.com, fortuno@ecf.inforuptcy.com MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

MIGDA L RODRIGUEZ COLLAZO for TREASURY DEPARTMENT COMMONWEALTH OF PR bankruptcyjusticia.gobierno.pr@gmail.com, mlrcbankruptcy@gmail.com

STATE INSURANCE FUND CORP Alejandro.Suarez@cfse.gov.pr ALEJANDRO A SUAREZ CABRERA for STATE INSURANCE FUND CORP Alejandro.Suarez@fondopr.com, aasuarezcabrera@yahoo.com US TRUSTEE ustpregion21.hr.ecf@usdoj.gov

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

IRS nathalie.pelaez@irs.gov

And by postal mail to:

NATHALIE PELAEZ for IRS at City View Plaza II, 48 PR 165, Ste. 2000, Guaynabo 00968-8000

ANTONIO R LANZAR YURET, Esq. for PR DOL PO Box 195540, San Juan 00919-5540

ADM ALLIANCE NUTRITION OF PR PO Box 959, Hatillo 00659-0908

DAWILMAR FRANCO Laboratorio Rodríguez, 71 Calle P H Hernández, Hatillo 00659

ELA LAND AUTHORITY PO Box 9745, San Juan 00908

CONDADO 5 LLC PO Box 190058 San Juan 00919

LUIS GARCIA, PO Box 1057, Arecibo 00613-1057

The filing deadline for submission of the Plan of Reorganization is today, February 12, 2020 and no one has opposed the extension requested.

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the U.S. Trustee and to all subscribed users.

RESPECTFULLY CERTIFIED,

In Caguas, Puerto Rico, this February 12, 2020.

s/ *LA Morales*
LYSSETTE A. MORALES VIDAL
USDC PR #120011

L.A. MORALES & ASSOCIATES P.S.C.
VILLA BLANCA
#76 AQUAMARINA STREET
CAGUAS PR 00725-1908
TEL. (787)746-2434 / FAX (855) 298-2515
E-mail: lamoraleslawoffice@gmail.com &
irma.lamorales@gmail.com