IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JM DAIRY INC<br><br><br>76-0725123<br><br><br>Debtor | CASE NO. 19-02168-ESL11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON FEB/13/2020 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting an extension of time to file the Disclosure Statement and Chapter 11 Plan, filed by Debtor, docket #40.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 13 day of February, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge