IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-02168-ESL11 |
| --- | --- |
| JM DAIRY INC | Chapter 11 |
| 76-0725123 | |
| Debtor | FILED & ENTERED ON AUG/04/2020 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting to extend the exclusivity period to file the Chapter 11 Plan of Reorganization & Disclosure Statement, filed by Debtors, docket #51.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 4 day of August, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge