IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-02168 (ESL) |
|---|---|
| JM DAIRY INC. | CHAPTER 11 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

COMES NOW Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings in the case be served upon her. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of May, 2021.

Certificate of Service

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case, including the Debtor's counsel and the U.S. Trustee for Region 21.

**Ferraiuoli** LLC
Attorneys for Condado
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*/s/ Sonia Colón Colón*
SONIA COLON COLON
USDC-PR No. 213809
scolon@ferraiuoli.com